UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

BRANDON MULLENS,

Plaintiff,

v.

ZEITVIEW, INC.,

Defendant.

Case No. 4:25cv1202-JM

(Jury Trial Demanded)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND INJUNCTIVE RELIEF**

1. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) for the federal copyright claims and supplemental jurisdiction under 28 U.S.C. § 1367 for the state-law unjust enrichment claim.

2. Venue is proper under 28 U.S.C. § 1391(b) and § 1400(a) because a substantial part of the events, including the creation of the copyrighted works, occurred in this district, and Defendant transacts business here.

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

3. Plaintiff Brandon Mullens is an individual residing in Jacksonville, Pulaski County, Arkansas, and is an FAA Part 107-certified drone pilot (License #4123456).

4. Defendant Zeitview, Inc. (formerly DroneBase) is a Delaware corporation with its principal place of business at 12200 W. Olympic Blvd, Suite 150, Los Angeles, California 90064, and regularly conducts business throughout Arkansas via its pilot network.

5. Plaintiff is the sole author and copyright owner of aerial photographs and derivative works created during four drone missions performed for Defendant in November 2025.

6. The missions bear the following IDs: DBM8975762181, DBM2379705138, DBM4929459694, and DBM0535460712.

7. Plaintiff delivered the original works with watermarks to protect his copyright.

8. Defendant has no valid written work-for-hire agreement under 17 U.S.C. § 101(2).

9. On November 14, 2025, Plaintiff served a written demand via email (Exhibit A) demanding payment and warning that any resale, reassignment, or derivative use without license constitutes infringement.

10. Defendant acknowledged receipt by attempting a $40 payment and then willfully reposted all four missions to its pilot network, inducing third parties to create derivative works of Plaintiff's copyrighted images.

11. The works are original and registered (or registration is pending) with the U.S. Copyright Office (Exhibit C).

**COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

12. Plaintiff incorporates paragraphs 1 through 11.

13. Defendant's reposting and inducement of derivatives constitute direct, contributory, and willful infringement.

14. Defendant had actual knowledge of infringement from Plaintiff's demand.

15. Damages: Statutory damages up to $150,000 per work for willful infringement (17 U.S.C. § 504(c)(2)), plus attorney's fees and costs (17 U.S.C. § 505).

**COUNT II – UNJUST ENRICHMENT (Arkansas Common Law – 28 U.S.C. § 1367)**

16. Plaintiff incorporates paragraphs 1 through 15.

17. Defendant received the valuable benefit of Plaintiff's aerial imagery and mapping data created in Arkansas.

18. Defendant has used or intends to resell this work to its clients without full compensation to Plaintiff.

19. Defendant's retention of this benefit without payment is unjust and inequitable.

20. Damages: Restitution in an amount to be proven at trial, but not less than $10,000, plus disgorgement of all profits derived from Plaintiff's work.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Permanent injunction enjoining Defendant from further use, reassignment, resale, or creation of derivatives of the four missions without a license;

B. Statutory damages up to $150,000 per infringed work for willful infringement;

C. Restitution and disgorgement of profits on the unjust enrichment claim;

D. Costs and attorney's fees pursuant to 17 U.S.C. § 505;

E. A jury trial on all triable issues;

F. Such other and further relief as the Court deems just and proper.

Dated: November 18, 2025

*[signature]*
11/ 18/ 2025

Brandon Mullens

Brandon Mullens, Pro Se

204 Allen Ln

Jacksonville, Arkansas 72076

501-902-7008] | Mullens.brandon@gmail.com

I certify that on November 18, 2025, I served a copy of the foregoing documents on Defendant via email to legal@zeitview.com and certified mail to:

Zeitview, Inc.

Attn: Legal Department

12200 W. Olympic Blvd, Suite 150

Los Angeles, CA 90064

Brandon Mullens

**EXHIBIT LIST**

A. Demand Letter (Nov 14, 2025) and email chain

B. Screenshot of Reposted Missions

C. Copyright Registration Receipt(s)

D. Mission Confirmations (4 IDs)

E. Pilot Terms (no signed work-for-hire)

--------------- Original Message ---------------
**From:** brandon mullens [mullens.brandon@gmail.com]
**Sent:** 11/15/2025 11:21 AM
**To:** pilots@zeitview.com
**Subject:** Re: Reshoot Request

Subject: FINAL DEMAND – 4 Missions – Copyright Infringement Notice & 5-Day Cure

To: legal@zeitview.com (cc: support@zeitview.com)

From: Brandon Mullens

Date: November 14, 2025

Zeitview Legal,

I completed four (4) missions for Zeitview:

- DBM8975762181
- DBM2379705138
- DBM4929459694
- 955 S Amity rd Conway ar Walk-ons

All images are my original copyrighted works (17 U.S.C. § 201(b)).

NO VALID WORK-FOR-HIRE AGREEMENT

- Zeitview's pilot terms do not contain a signed, written work-for-hire clause (17 U.S.C. § 101(2); Reid, 490 U.S. 730).
- I own full copyright in all 4 sets of images.
- Zeitview has no license to use, resell, or create derivatives until payment + signed copyrights assignment.

IMMEDIATE PAYMENT REQUIRED

| Mission ID | Amount Owed |
| --- | --- |
| DBM8975762181 | $65 + copyright fees |
| DBM2379705138 | $65 + copyright fees |
| DBM4929459694 | $80 + copyright fees |
| 955 S Amity Rd Conway | $150 + copyright fees |
| TOTAL | $360.00 with no copyright |
|  | Copyright fees |

**Copyright Licensing Fee (Required for 3rd-Party Resale): $750 per mission** (exclusive, one-time client license) **OR** $1,500 per mission (perpetual buyout)

**This is IN ADDITION to the original mission payout.** No license = **no clean files delivered** and **no authorized use.**

Upon confirmed receipt, payment any what copyright license you need   I will deliver unwatermarked files.

REASSIGNMENT = WILLFUL INFRINGEMENT

Any attempt to reassign any of these 4 missions to another pilot after this notice =

- Derivative works (17 U.S.C. § 106(2))
- Contributory infringement (Grokster, 545 U.S. 913)
- Statutory damages up to $150,000 per image (17 U.S.C. § 504(c)(2))

I will:

1. File for immediate injunction (Central District of CA).
2. Notify the replacement pilot of liability.
3. Preserve all metadata/briefs as evidence.

CURE DEADLINE

- Confirm payment processing: Within 48 hours.
- Execute Copyright License (if resale): Within 5 days.
- Clean files delivered: Within 24 hours of payment + license.

No cure by November 19? → Federal lawsuit + client disclosure.

I will get my copyrights attorney involved and I will seek all possible damages court cost attorney fees and any other damages and the court see fit and just and I will contact other pilots you have hired in the past. I will also file unjust enrichment as well.

IF I dont get a response form this email in 5 days I will file in federal court

Im not playing this game with you people!!

Sincerely,

Brandon Mullens

FAA Part 107 #4123456

501-902-7007 | mullens.brandon@gmail.com




Subject: FINAL NOTICE – 4 Missions – Federal Copyright Lawsuit Filed Nov 20 if No Cure

To: legal@zeitview.com

CC: support@zeitview.com

BCC: brandon@advancedexpertsolutionsllc.com

Zeitview Legal,

Attached is my **formal demand letter** (dated November 14, 2025) for **four (4) missions**:

- DBM8975762181

- DBM2379705138

- DBM4929459694

- 955 Amity Rd Conway ar Walk-ons

**Key Points:**

1. **I own full copyright** — no valid work-for-hire agreement exists (17 U.S.C. § 101(2)).

2. **Payment + $2,500 eis-consel fee2 required within 5 days** (by Nov 19, 2025)

3. **Reassignment to another pilot = willful infringement** → **$150,000 per image** in statutory damages.

4. **If no cure by Nov 19**, I will **file the attached federal complaint** in the **Eastern District of Arkansas** on **November 20, 2025**, including:

   - **Copyright Infringement** (statutory damages)

   - **Declaratory Judgment**

   - **Unjust Enrichment** ($10,000+)

   - **Injunction** to block reassignment to another pilot

This is your **final opportunity to avoid litigation**.

**Respond within 48 hours** confirming payment processing.

Brandon Mullens

FAA Part 107 #4123456

501-902-7007

Mullens.brandon@gmail.com


A.E.S.


On Fri, Nov 14, 2025 at 10:53?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> I completely understand your concern. The reason the watermark is an issue is that watermarked images don't meet our quality and processing standards. The watermark interferes with the visual data needed for accurate analysis, so we're unable to use them for the final deliverables required by the client.
>
> To ensure everything meets the necessary specifications, we will need a reshoot without watermarks.
>
> Please let us know your availability for the reshoot. If you're unable to complete it, we can open the mission to the pilot network in order to meet the client's requirements.
>
> If you have any further questions, please feel free to reach out—we're here to help.
>
> Best regards,
> Bhavani | Operations Support Team
> Zeitview | Santa Monica
>
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/15/2025 10:07 AM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> why is the watermark an issue if your using it?
>
> A.E.S.
>
>
> On Fri, Nov 14, 2025 at 10:15?PM Pilots <pilots@zeitview.com> wrote:
>
>> Hi Brandon,



Extending human ingenuity into the air.

## Client Missions

Learn More

955 South Amity Road  
Conway, Arkansas 72032  
Available Mission  
$150

1-3 days



# Mission Details

You checked in at 11:57AM. Departed at 01:26PM

**955 S Amity Rd, Conway, AR 72032, USA**
DBM0535460712 | 20.1 mi from home

$ 150 USD

2.36 Acres



11/13/2025
11.00AM

- You must arrive on time on the scheduled flight date. If you will be late or need to reschedule contact Zeitview ASAP.

- This mission is prescheduled and must be flown at the specified date & time (weather permitting). Please contact Zeitview if you are unable to fly at this time.

**Case Summary:**

| | | | | | |
|---|---|---|---|---|---|
| Case #: | 1-15038675081 | Type of Case: | Unpublished Photographs | Opened: | 11/17/2025 |
| Title: | Drone work in Arkansas | | | Contact Name: | Brandon Mullens |
| Fee Due: | | Service Fee Paid: | | Claim Status: | Pending |

**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-deposit-req.html). You may (1) upload electronic files if the work meets the requirements (http://www.copyright.gov/eco/help-upload-category.html); otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html): Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" (http://www.copynght.gov/eco/help-upload-complete.html) button. Files cannot be uploaded later than 5 d after your first file is received.

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s**

- It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
- It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
- It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**If you have a large number of files, please consider compressing them in a Zip file for upload. If you do use a Zip file, please ensure it is smaller than the 500MB file size limit for uploads.**

**Upload Your Work(s)**

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| SelectAll: undefined<br>Case #: 1-15038675081<br>Title: Drone work in Arkansas ()<br>Volume:<br>Number:<br>Issue Date:<br>Type of Work: Unpublished Photographs | Claim submission completed; no further action required<br>Click here for more information (http://copyright.gov/eco/help-upload-questions.html) | |

**Updates**

| SelectAll | Comments | Activity Type | Status | Created |
|---|---|---|---|---|
| | | | | |

**(2) Send Your Work(s) by Mail:**

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip. Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached**.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

**Send Your Work(s) by Mail**

| Attachment Nan | File Type | Size | Date and Time | Comments |
|---|---|---|---|---|
| | | | | |

Privacy Act Notice. Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey! (https://www.research.net/r/eCopyRightWeb)

 Gmail

## Re: Reshoot Request

**Pilots** <pilots@zeitview.com>  Sun, Nov 16 at 2:51PM
To: mullens.brandon@gmail.com <mullens.brandon@gmail.com>

Hi Brandon,

I'm sorry to hear about the situation.

We will check with our team regarding this matter and get back to you with the update as soon as possible. Thank you for your patience

Best regards,
Vasu K | Operations Support Team
Zeitview | Santa Monica

--------------- Original Message ---------------
**From:** brandon mullens [mullens.brandon@gmail.com]
**Sent:** 11/17/2025 12:59 AM
**To:** pilots@zeitview.com
**Subject:** Re: Reshoot Request

I need your legal team and contact info immediately I need the address to send a a document to this company

A.E.S.


On Sun, Nov 16, 2025 at 1:02?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> For the mission scheduled on November 14th, the assets were not delivered on time, so we need to complete this mission as soon as possible.
>
> We have reached out to the client for a new date and time. We have also paid you $40 for your efforts on this mission.
>
> Best regards,
> Vasu K | Operations Support Team
> Zeitview | Santa Monica
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/16/2025 10:36 PM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> What happened to job number DBM4929459694? It haven't been paid its been taken off its not showing completed when in fact its been completed. What's going on with it?
>
> A.E.S.
>
>
> On Sat, Nov 15, 2025 at 12:22?AM Pilots <pilots@zeitview.com> wrote:
>
>> Hi Brandon,
>>
>> We're currently coordinating with the relevant team and will get back to you as soon as possible.
>>
>> Best regards,

The assets cannot be used because the watermarks affect the quality and usability of the images. For this reason, a reshoot is required to meet the project standards.

Please let us know when you're available to reshoot the mission.

Best regards,
Bhavani | Operations Support Team
Zeitview | Santa Monica

--------------- Original Message ---------------
**From:** brandon mullens [mullens.brandon@gmail.com]
**Sent:** 11/15/2025 9:39 AM
**To:** pilots@zeitview.com
**Subject:** Re: Reshoot Request

Are the photos good besides the water mark?

A.E.S.


On Fri, Nov 14, 2025 at 8:56?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> All the images for mission DBM8975762181 contain watermarks, so a reshoot is required. Could you please let us know when you will be available to fly the mission again? Once we have your availability, we can proceed accordingly.
>
> Feel free to contact us at pilots@zeitview.com if you have any further questions.
>
> Best Regards,
> Bhavani| Operations Support Team
> Zeitview | Santa Monica
>
>
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/15/2025 7:11 AM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> What happen to
> Mission DBM8975762181 ?
>
> A.E.S.
>
>
> On Fri, Nov 14, 2025 at 6:35?PM Pilots <pilots@zeitview.com> wrote:
>
>> Hi Brandon,
>>
>> Thank you for reaching out.
>>
>> You can adjust the altitude as needed to capture better images. However, images with watermarks are not acceptable to the client, so a reshoot is required.
>>
>> Please note that payment will be processed once the mission is fully completed and all requirements are met.
>>
>> If you are unable to complete the mission, please let us know so we can open it to the pilot network. Otherwise, kindly share when you'll be able to complete the reshoot.
>>
>> Best regards,
>> Krishnenthu
>> Operations Support Team

Zeitview | Santa Monica

--------------- Original Message ---------------
**From:** brandon mullens [mullens.brandon@gmail.com]
**Sent:** 11/15/2025 5:29 AM
**To:** pilots@zeitview.com
**Subject:** Re: Reshoot Request

Yes I did the work not you i expect the credit for my work. The water mark comes off when payment is sent,

A.E.S.


On Fri, Nov 14, 2025 at 5:45?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> After reviewing the assets, we will need a reshoot for Mission DBM8975762181, as all the images contain watermarks.
>
> Please see the attached images for clarification.
>
> Kindly let us know when you're able to reshoot so we can update the flight date. If the weather conditions are currently unfavorable, please share a tentative date that works for you.
>
> Feel free to reach out to us at pilots@zeitview.com in case of further questions. We are happy to assist you.
>
> Best regards,
> Krishnenthu
> Operations Support Team
> Zeitview | Santa Monica
>
>
> thread::ahfHb81BdumHzxYTU3Dvsho::


## Re: Reshoot Request

**brandon mullens** <mullens.brandon@gmail.com>                                                          Sun, Nov 16 at 11:06 AM
To: Pilots <pilots@zeitview.com>

What happened to job number DBM4929459694? It haven't been paid its been taken off its not showing completed when in fact its been completed. What's going on with it?

A.E.S.

On Sat, Nov 15, 2025 at 12:22 AM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> We're currently coordinating with the relevant team and will get back to you as soon as possible.
>
> Best regards,
> Bhavani | Operations Support Team
> Zeitview | Santa Monica
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/15/2025 11:21 AM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> Subject: FINAL DEMAND – 4 Missions – Copyright Infringement Notice & 5-Day Cure
>
> To: legal@zeitview.com (cc: support@zeitview.com)
>
> From: Brandon Mullens
>
> Date: November 14, 2025
>
> Zeitview Legal,
>
> I completed four (4) missions for Zeitview:
>
> - DBM8975762181
> - DBM2379705138
> - DBM4929459694
> - 955 S Amity rd Conway ar Walk-ons
>
> All images are my original copyrighted works (17 U.S.C. § 201(b)).
>
> NO VALID WORK-FOR-HIRE AGREEMENT
>
> - Zeitview's pilot terms do not contain a signed, written work-for-hire clause (17 U.S.C. § 101(2); Reid, 490 U.S. 730).
> - I own full copyright in all 4 sets of images.
> - Zeitview has no license to use, resell, or create derivatives until payment + signed copyrights assignment.
>
> IMMEDIATE PAYMENT REQUIRED

Mission ID          Amount Owed

| | |
|---|---|
| DBM8975762181 | $65 + copyright fees |
| DBM2379705138 | $65 + copyright fees |
| DBM4929459694 | $80 + copyright fees |
| 955 S Amity Rd Conway | $150 + copyright fees |
| TOTAL | $360.00 with no copyright |

Copyright fees

**Copyright Licensing Fee (Required for 3rd-Party Resale): $750 per mission** (exclusive, one-time client license) **OR** $1,500 per mission (perpetual buyout)

**This is IN ADDITION to the original mission payout.** No license = **no clean files delivered** and **no authorized use**.

+Pay the full $3,360.00 within 5 days (by November 19, 2025).

Upon confirmed receipt, payment any what copyright license you need   I will deliver unwatermarked files.

REASSIGNMENT = WILLFUL INFRINGEMENT

Any attempt to reassign any of these 4 missions to another pilot after this notice =

- Derivative works (17 U.S.C. § 106(2))
- Contributory infringement (Grokster, 545 U.S. 913)
- Statutory damages up to $150,000 per image (17 U.S.C. § 504(c)(2))

I will:

1. File for immediate injunction (Central District of CA).
2. Notify the replacement pilot of liability.
3. Preserve all metadata/briefs as evidence.

CURE DEADLINE

- Confirm payment processing: Within 48 hours.
- Execute Copyright License (if resale): Within 5 days.
- Clean files delivered: Within 24 hours of payment + license.

No cure by November 19? → Federal lawsuit + client disclosure.

I will get my copyrights attorney involved and I will seek all possible damages court cost attorney fees and any other damages and the court see fit and just and I will contact other pilots you have hired in the past. I will also file unjust enrichment as well.

IF I dont get a response form this email in 5 days I will file in federal court

Im not playing this game with you people!!

Sincerely,

Brandon Mullens

FAA Part 107 #4123456

501-902-7007 | mullens.brandon@gmail.com

To: legal@zeitview.com

CC: support@zeitview.com

BCC: brandon@advancedexpertsolutionsllc.com

Zeitview Legal,

Attached is my **formal demand letter** (dated November 14, 2025) for **four (4) missions**:

- DBM8975762181

- DBM2379705138

- DBM4929459694

- 955 Amity Rd Conway ar Walk-ons

**Key Points:**

1. **I own full copyright** — no valid work-for-hire agreement exists (17 U.S.C. § 101(2)).

2. **Payment + $750/mission license fee** required **within 5 days** (by **November 19, 2025**).

3. **Reassignment to another pilot = willful infringement** → **$150,000 per image** in statutory damages.

4. **If no cure by Nov 19**, I will **file the attached federal complaint** in the **Eastern District of Arkansas** on **November 20, 2025**, including:

   - **Copyright Infringement** (statutory damages)

   - **Declaratory Judgment**

   - **Unjust Enrichment** ($10,000+)

   - **Injunction** to block reassignment to another pilot

This is your **final opportunity to avoid litigation**.

**Respond within 48 hours** confirming payment processing.

Brandon Mullens

FAA Part 107 #4123456

501-902-7007

Mullens.brandon@gmail.com


A.E.S.


On Fri, Nov 14, 2025 at 10:53?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> I completely understand your concern. The reason the watermark is an issue is that watermarked images don't meet our quality and processing standards. The watermark interferes with the visual data needed for accurate analysis, so we're unable to use them for the final deliverables required by the client.
>
> To ensure everything meets the necessary specifications, we will need a reshoot without watermarks.
>
> Please let us know your availability for the reshoot. If you're unable to complete it, we can open the mission to the pilot network in order to meet the client's requirements.

If you have any further questions, please feel free to reach out—we're here to help.

Best regards,
Bhavani | Operations Support Team
Zeitview | Santa Monica


--------------- Original Message ---------------
**From:** brandon mullens [mullens.brandon@gmail.com]
**Sent:** 11/15/2025 10:07 AM
**To:** pilots@zeitview.com
**Subject:** Re: Reshoot Request

why is the watermark an issue if your using it?

A.E.S.


On Fri, Nov 14, 2025 at 10:15?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> The assets cannot be used because the watermarks affect the quality and usability of the images. For this reason, a reshoot is required to meet the project standards.
>
> Please let us know when you're available to reshoot the mission.
>
> Best regards,
> Bhavani | Operations Support Team
> Zeitview | Santa Monica
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/15/2025 9:39 AM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> Are the photos good besides the water mark?
>
> A.E.S.
>
>
> On Fri, Nov 14, 2025 at 8:56?PM Pilots <pilots@zeitview.com> wrote:
>
>> Hi Brandon,
>>
>> All the images for mission DBM8975762181 contain watermarks, so a reshoot is required. Could you please let us know when you will be available to fly the mission again? Once we have your availability, we can proceed accordingly.
>>
>> Feel free to contact us at pilots@zeitview.com if you have any further questions.
>>
>> Best Regards,
>> Bhavani| Operations Support Team
>> Zeitview | Santa Monica
>>
>>
>>
>> --------------- Original Message ---------------
>> **From:** brandon mullens [mullens.brandon@gmail.com]
>> **Sent:** 11/15/2025 7:11 AM
>> **To:** pilots@zeitview.com
>> **Subject:** Re: Reshoot Request
>>
>> What happen to

A.E.S.

On Fri, Nov 14, 2025 at 6:35?PM Pilots <pilots@zeitview.com> wrote:

> Hi Brandon,
>
> Thank you for reaching out.
>
> You can adjust the altitude as needed to capture better images. However, images with watermarks are not acceptable to the client, so a reshoot is required.
>
> Please note that payment will be processed once the mission is fully completed and all requirements are met.
>
> If you are unable to complete the mission, please let us know so we can open it to the pilot network. Otherwise, kindly share when you'll be able to complete the reshoot.
>
> Best regards,
> Krishnenthu
> Operations Support Team
> Zeitview | Santa Monica
>
> --------------- Original Message ---------------
> **From:** brandon mullens [mullens.brandon@gmail.com]
> **Sent:** 11/15/2025 5:29 AM
> **To:** pilots@zeitview.com
> **Subject:** Re: Reshoot Request
>
> Yes I did the work not you i expect the credit for my work. The water mark comes off when payment is sent,
>
> A.E.S.
>
> On Fri, Nov 14, 2025 at 5:45?PM Pilots <pilots@zeitview.com> wrote:
>
>> Hi Brandon,
>>
>> After reviewing the assets, we will need a reshoot for Mission DBM8975762181, as all the images contain watermarks.
>>
>> Please see the attached images for clarification.
>>
>> Kindly let us know when you're able to reshoot so we can update the flight date. If the weather conditions are currently unfavorable, please share a tentative date that works for you.
>>
>> Feel free to reach out to us at  pilots@zeitview.com in case of further questions. We are happy to assist you.
>>
>> Best regards,
>> Krishnenthu
>> Operations Support Team
>> Zeitview | Santa Monica
>>
>>
>> thread::ahfHb81BdumHzxYTU3Dvsho::