**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDON MULLENS**                                                                     **PLAINTIFF**

**v.**                                      **Case No. 4:25-cv-1202 JM**

**DRONEBASE, INC., d/b/a/ Zeitview[1]**                                          **DEFENDANT**

**ORDER**

In its initial screening, the Court allowed the complaint to be served on the basis of diversity jurisdiction. In doing so, the Court noted that it was exercising good faith in considering Mullen's request for $150,000 in damages adequately pleaded despite the parties' agreement calling for payment of $360 for the work.  At this time, the Court would like to hear from both parties on the issue of whether it has subject matter jurisdiction over this case.

A case falls within a district court's original diversity jurisdiction if the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332. "[A] court has a special obligation to consider whether it has subject matter jurisdiction in every case," including a responsibility to consider raise the issue on its own where the court believes that jurisdiction may be lacking. *Hart v. United States*, 630 F.3d 1085, 1089 (8th Cir. 2011). The parties are directed to file short (2-3 page) briefs no later June 5, 2026 to address the issue of whether the amount in controversy exceeds the threshold amount of $75,000. No responses or replies necessary.

IT IS SO ORDERED this 19th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court is directed to correct Defendant's name on the docket sheet. *See* Doc. 13 n1.