## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRANDON MULLENS**                                                            **PLAINTIFF**

**v.**                                  **Case No. 4:25-cv-1202 JM**

**DRONEBASE, INC., d/b/a/ Zeitview[1]**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court is directed to correct Defendant's name on the docket sheet. *See* Doc. 13 n1.